UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Richard Essebag,

Plaintiff,

—v—

United States of America,

Defendants.

---

21-cv-2713 (AJN) (OTW)

ORDER

ALISON J. NATHAN, District Judge:

Per the parties' request, the Court referred this case to the Magistrate Judge for all

purposes pursuant to 28 U.S.C. § 636(c).  *See* Dkt. No. 24–25.  If the parties in fact consent to

the Magistrate Judge's jurisdiction, they must complete the required form to indicate their

consent.  The parties are directed that the form is available at:

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

SO ORDERED.

Dated:  September 15, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge