**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RICHARD ESSEBAG,

           Plaintiff,

           -against-

UNITED STATES POSTAL SERVICE,

           Defendant.

------------------------------------------------------------x

21-CV-2713 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff has unnecessarily and impermissibly filed discovery requests on the docket. Fed. R. Civ. P. 5(d)(1)(A); *see* Local Civil Rule 5.1. Accordingly, the Clerk of Court is directed to strike ECF 34 and 35.

      **SO ORDERED.**

Dated: October 29, 2021
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge